**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, et al. | ) CASE NO: 5:17-cv-01931 |
| Plaintiffs, | ) JUDGE SARA LIOI |
| v. | ) |
| JACKSON LOCAL SCHOOL DISTRICT/BOARD OF EDUCATION, et al. | ) **PLAINTIFFS' NOTICE OF EXPERT DESIGNATION** |

Now come Plaintiffs, Jane Doe, et al, by and through Counsel, and hereby give Notice to this Court that on the 30th day of May, 2018, Plaintiff disclosed their expert witnesses to Defendants' Counsel and provided Amanda Horrigan's expert report and CV via email to opposing counsel, with Kenneth Trump's expert report to follow by June 4, 2018.  Plaintiff further discloses to this Court the names of their experts as follows:

Amanda Horrigan, MD
Psychological and Behavioral Consultants
25101 Chagrin Blvd., Suite 100
Beachwood, OH 44122

Dr. Horrigan will opine as to the emotional consequences that Minor Doe suffered from the sexual assaults that took place on a Jackson Local School bus and recommendation as to treatment. Dr. Horrigan will also opine as to the conduct disorder displayed by C.T.

Kenneth S. Trump, M.P.A.
National School Safety and Security Services
PO Box 110123
Cleveland, OH 44111

Mr. Trump will opine as to the breach of the safety standards that occurred at Jackson Local Schools.

Respectfully Submitted,


/s/Laura L. Mills
Laura L. Mills, Esq. (0063011)
Pierce C. Walker, Esq. (0097312)
Mills, Mills, Fiely & Lucas, LLC
101 Central Plaza South
200 Chase Tower
Canton, Ohio 44702
P: 330.964.9333
F: 855.764.3543
Email: lmills@MMFLLaw.com
Pwalker@MMFLLaw.com

## **CERTIFICATE OF SERVICE**

       This is to certify that the foregoing was served on this 30 day of May, 2018, via email to the following:

Sherrie C. Massey, Esq.
David K. Smith, Esq.
Smith, Peters, Kalail, Co. LPA
6480 Rockside Woods Blvd. South
Suite 300
Cleveland, OH 44131-2222
**VIA EMAIL smassey@ohioedlaw.com and dsmith@ohioedlaw.com**

                                                  /s/Laura L. Mills
                                                  Laura L. Mills, Esq.  (0063011)