STATE OF OHIO              )
                           ) SS    AFFIDAVIT OF KENNETH S. TRUMP, M.P.A.
COUNTY OF CUYAHOGA )

    KENNETH S. TRUMP, M.P.A., being first duly sworn according to law and conscious of his duty to tell the truth, says he is over 18 years of age and has personal knowledge of the following facts:

1.     I have been retained to render an opinion for the Plaintiff in the US District Court for the Northern District of Ohio matter, *Jane and John Doe, et al v. Jackson Local Schools, et al* Case No. 5:17-CV-01931.

2.     Attached hereto to this Affidavit is a true and accurate copy of the following:

    a. Expert Report; and
    b. Curriculum Vitae.

3.     I hold the opinions expressed in this report with a reasonable degree of professional certainty.

4.     FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*

Kenneth S. Trump, M.P.A.

Before me, a Notary Public in and for said county and state, personally appeared the above-named Kenneth S. Trump, M.P.A. sworn to before me, and signed in my presence, by the said Kenneth S. Trump, M.P.A. who executed the foregoing Affidavit in my presence and acknowledged the same to be true this ___ day of August, 2018.

LAURA L. MILLS, ATTORNEY AT LAW
Notary Public-State of Ohio
My Commission has no exp. date
under Sec. 147.03 RC
Recorded in Stark County

Notary Public

*Curriculum Vitae for*
*KENNETH S. TRUMP*

**KENNETH S. TRUMP, M.P.A.**
**National School Safety and Security Services**
PO Box 110123, Cleveland, Ohio 44111
Office: (216) 251-3067
E-Mail: ken@schoolsecurity.org

# EDUCATION AND TRAINING

## *Education*

2017-present: Doctoral student, The Johns Hopkins University School of Education, Entrepreneurial Leadership in Education specialization

1991: Master of Public Administration - Cleveland State University, Cleveland, OH

1987: Bachelor of Arts in Social Service (Criminal Justice Concentration) - Cleveland State University, Cleveland, OH

1982: West Technical High School, Class Valedictorian - Cleveland, Ohio

## *Specialized Training*

Completed more than 2,500 hours of specialized professional development training including:

1996: Advanced Physical Security Training Program - Federal Law Enforcement Training Center, Glynco, Georgia

1995: School Safety Leadership Certification - National School Safety Center, Charlotte, N.C.

1984: Ohio Peace Officer Training Council (OPOTC) Private Police Training Course

1982 – Present: Attend ongoing specialized professional development training and conferences:

*Training subject areas* have included pre-K-12 school safety and security, school emergency preparedness, school drug and violence prevention, school-based policing and security, problem oriented policing and community policing, gang investigation and enforcement, gang prevention and intervention, criminal and security investigations, independent security consulting, youth violence prevention and intervention, crime prevention, Crime Prevention Through Environmental Design, terrorism, homeland security, emergency management, legal updates and litigation, business management, media relations, investigative news reporting, crisis communications, social media communications, use of online social networking for criminal investigations and intelligence, non-violent crisis intervention, National Incident Management Systems (NIMS), incident command system, social media tools and techniques for disaster response and recovery, threat assessment, bullying, youth suicide, and other topics.

## *Curriculum Vitae for*
## *KENNETH S. TRUMP*

*Sources of professional development training* have included the American Society for Industrial Security/ASIS International, California Gang Investigators Association and federal Alcohol, Tobacco and Firearms (ATF) bureau, Cleveland Board of Education Division of Safety and Security, Cleveland Police Department Youth/Gang Unit, U.S. Federal Protective Service, Federal Bureau of Investigation (FBI), Federal Emergency Management Agency (FEMA), Federal Law Enforcement Training Center (FLETC), Mid-Atlantic Great Lakes Organized Crime Law Enforcement Network, Midwest Gang Investigators Association, National Association of School Resource Officers, National Association of School Safety and Law Enforcement Officers, Ohio Peace Officer Training Academy, Reid Technique of Investigative Interviewing, Cleveland State University, The Ohio State University, Parent Resource Institute for Drug Education, National Youth Gang Center, National School Safety Center, National Strategy Forum, New York City Office of Emergency Management, Ohio Association of Chiefs of Police, Ohio Attorney General, Ohio Crime Prevention Association, Police Executive Research Forum, Regional Organized Crime Information Center, U.S. Department of Health and Human Services, U.S. Department of Justice (Bureau of Justice Assistance, National Institute of Justice, Office of Justice Programs, multiple Offices of United States Attorneys), White House Conference on School Safety, Indiana Department of Education's School Safety Specialist Academy, National School Public Relations Association, Michigan State Police Emergency Management & Homeland Security, New Media Exposition, Scripps News, Missouri School of Journalism, Investigative Reporters and Editors Association, Press Club of Cleveland, Education Writers Association, National School Boards Association, Indiana Project Safe Neighborhoods, International Association of Professional Security Consultants, Schools Educators Police Liaison Association (SEPLA), Crisis Prevention Institute, EliEducation, Education Law Association, Federal Emergency Management Agency (FEMA) Emergency Management Institute, National Disaster Preparedness Training Center (NDPTC), Cleveland Bar Association, and others.

## **PROFESSIONAL HISTORY**

**NATIONAL SCHOOL SAFETY AND SECURITY SERVICES, INC.**
**Cleveland, Ohio**

1989-present:	**President and CEO**
Provide training and consultation services to pre-K-12 schools, public safety agencies, professional associations, governmental agencies, public policy entities, and other organizations on issues related to school safety, security, emergency preparedness, media and crisis communications, and related safe schools issues. Conduct school security and emergency preparedness assessments, evaluations of school police and security operations, and provide professional development training for school administrators, school-based police officers, teachers and support staff, first responders, and others. Provide litigation consulting and expert witness services on school safety issues. Provide consulting and freelance services to news organizations. Services provided on a part-time basis as an individual/sole proprietor from 1989-1996, which were expanded to full-time nationwide services under the current corporation from 1997 to the present.

*Curriculum Vitae for*
*KENNETH S. TRUMP*

**TRI-CITY TASK FORCE (Seven Hills, Parma, and Parma Heights, Ohio)**
**Employed through the Educational Services Center of Cuyahoga County, Ohio**

1994-1996:     **Assistant Director of Anti-Gang Task Force Project and**
               **Director of Safety and Security (School)**
               Assistant director of a U.S. Department of Justice and State of Ohio-funded anti-gang task force. Developed, implemented, and coordinated anti-gang and youth violence prevention, intervention, and enforcement programs in three Cleveland, Ohio, suburbs. Managed the coordination and documentation of grant-funded police investigations and interventions. Coordinated Problem-Oriented Policing training and technical assistance provision by federal providers. Also served as Director of Safety and Security for the ninth largest Ohio school system. Developed and implemented school security practices to protect students, staff, and school facilities. Supervised and conducted investigations and interventions with criminal offenses, administrative disciplinary rule violations, and related incidences involving students, employees, and others. Provided training on school security, emergency preparedness, gangs, and related youth violence issues for school staff, public safety officials, parents, students, and the community. Presented presentations at national conferences for federal funding source agency.

**CLEVELAND PUBLIC SCHOOLS (Cleveland, Ohio)**
**Division of Safety and Security**

1982-1994:     **Coordinator, Youth Gang Unit** (1991-1994)
               Designed and supervised a five-officer team responsible for the investigation of gang-related incidents in a 127 school system with approximately 73,000 students. Created, revised, and implemented policies and procedures for the unit. Supervised unit officers and investigations of criminal and serious disciplinary offenses, field enforcement, crisis intervention, and education programs for staff, students, parents, and community. Coordinated security services with over 160 security staff, hundreds of school administrators, and federal, state, and local public safety agencies including Cleveland Police Youth/Gang Unit, state and federal law enforcement agencies. Coordinated grant recordkeeping, reporting and liaison with funding sources.

               **Investigator/Counselor** (1989-1991)
               Investigated criminal and serious disciplinary offenses. Provided training and technical assistance to school personnel and parents, and coordinated with area law enforcement, court, and social service agencies to provide services to schools, students, and families. Provided oversight of security officers, resolving concerns and issues impacting school security operations. Served as liaison to area public safety, social service, and other youth-serving agencies on gang intelligence and activity. Served as fill-in radio communications dispatcher.

               **Security Officer** (1986-1989)
               Provided security services in junior and senior high schools including student supervision, investigating criminal and disciplinary offenses, emergency response, and crisis intervention. Assigned by director to long-term detail for gang liaison and intelligence gathering in cooperation with outside public safety agencies.

*Curriculum Vitae for*
*KENNETH S. TRUMP*

### Security Officer (Volunteer/Part-Time Paid) (1982-1986)
Provided volunteer support and worked part-time paid security services at West Technical High School with duties similar to those above.

**ASHLAND UNIVERSITY**
**Ashland, Ohio**

1993-1995: ### Adjunct Assistant Professor of Criminal Justice
Designed and instructed undergraduate classes on juvenile delinquency including conducting lectures, leading class discussions, and evaluating student performance.

**GENERAL SECURITY SERVICES**
**for U.S. Federal Protective Service, Cleveland Federal Office Building**

1985-1993: ### Emergency Control Center Operator
Responsible for operation of the District Emergency Control Center for the State of Ohio with duties including assignment of federal police and contract security officers, processing of offense reports, implementing emergency plans for federal property sites, and serving as liaison with local and federal emergency service agencies. Served as an acting supervisor and as a training officer.

**RETAIL LOSS PREVENTION**

1983-1985: Member of loss prevention staff for Greater Cleveland discount and department stores. Responsibilities included detection and apprehension of shoplifters, prevention and detection of internal thefts, security investigations, applicable physical security measures, and other functions associated with preventing losses and harm to persons, property, and company assets.

## PROFESSIONAL AFFILIATIONS

American Association of School Administrators (Current Associate Member)
Cleveland Metropolitan Bar Association (Current Associate Member)
Education Law Association (Current Member)
International Association of Professional Security Consultants (Current Member)
Midwest Gang Investigators Association (Ohio Chapter co-founder and past vice president)
National Association of School Safety and Law Enforcement Officers (past board member)
National School Public Relations Association (Current Member)

## CERTIFICATIONS AND COMMISSIONS

2008: Ohio Peace Officer Training Council - State certified school safety course instructor
1985-1997: Ohio Peace Officer Training Council - State certified private security instructor
1992-1994: City of Cleveland - Private police commission

## *Curriculum Vitae for*
## *KENNETH S. TRUMP*

# SERVICE TO PROFESSIONAL AND GOVERNMENTAL AGENCIES

| | |
|---|---|
| May 2, 2016: | Invited presenter, School Security panel, Education Writers Association national conference |
| March 15, 2016: | Invited presenter, School Threat Trends and School Security, Risk Management Meeting, Ohio Schools Council |
| November 6, 2015: | Invited presenter, Safe Schools: Legal and Practical Issues for K-12 Schools and Colleges, Education Law Association national conference |
| July 17, 2015: | Invited presenter, Healthy Cleveland, Sub-Committee on Violence, Cleveland City Council |
| January 13, 2015: | Invited expert presenter, New Jersey School Security Task Force |
| July 1, 2014: | Invited plenary panel member, Education Commission of the States National Forum |
| March 21, 2014: | Invited presenter, National Lieutenant Governors Association, Federal-State Relations Meeting |
| September 20, 2013: | Invited panel member, The Council of State Governments annual conference |
| July 12, 2013: | Invited presenter to Connecticut Governor's Sandy Hook Advisory Commission |
| January 22, 2013: | Invited opening presenter, Oklahoma School Security Commission |
| May 13, 2011: | Invited expert witness on bullying, U.S. Commission on Civil Rights |
| July 8, 2009: | Invited Congressional expert witness on strengthening federal school safety policy and funding, House Education and Labor Committee Joint Subcommittee hearing |
| April, 2008: | Invited by the U.S. State Department to provide a briefing on school safety, violence, security, and emergency preparedness to Israeli teachers, school officials, and community partners |
| May 17, 2007: | Invited Congressional expert witness on school emergency readiness, House Homeland Security Committee hearing |
| April 23, 2007: | Invited Congressional expert witness on school security issues, House Education and Labor Committee hearing |
| 2007: | Expert testimony provided to the National Association of Attorneys General (NAAG) Task Force on School and Campus Safety |
| 2006-2007: | Chaired the Prevention Committee and served as Executive Board member for the Comprehensive Anti-Gang Initiative for the U.S. Attorney of Northern Ohio in Cleveland, Ohio, one of six federal-funded programs of the U.S. Department of Justice |
| 2006: | Invited Attendee, White House Conference on School Safety |

# *Curriculum Vitae for*
# *KENNETH S. TRUMP*

| | |
|---|---|
| 2001-2004: | National Association of School Resource Officers, Advisor to the Executive Director and Board, and Annual Survey Coordinator |
| October, 2003: | Invited Participant and Presenter, Schools: Prudent Preparation for a Catastrophic Terrorism Incident conference, National Strategy Forum, Washington, D.C. |
| 1999-2003: | Indiana School Safety Specialist Academy, Curriculum Development and Advisory Board Member, Indiana Department of Education, Indianapolis, Indiana |
| May 9, 1999: | Invited Congressional expert witness on school safety, Senate Health, Education, Labor, and Pensions Committee hearing |
| 1997-1999: | Gang Subcommittee Member, Law Enforcement Liaison Committee, Ohio Office of Criminal Justice Services |
| 1994-1997: | Safe, Disciplined, and Drug-Free Schools Committee Member, Ohio Department of Education |
| 1987-1992: | Youth Violence Committee Member, Greater Cleveland Task Force on Violent Crime |

## **HONORS AND AWARDS**

City of Cleveland, City Council Resolution of Congratulations, Induction into West Technical High School Hall of Fame, and Hall of Fame Induction by West Technical High School Alumni Association, September 2009;

American Society for Industrial Security, Cleveland Chapter, Certificate of Appreciation for providing valued information and perspective to professional security practitioners, April 2009

National Association of School Resource Officers, *Recognition Plaque for Dedication to Keeping America's Children Safe*, 2003

National Association of School Resource Officers, *Presidential Citation Plaque for Dedication to Keeping Schools Free From Violence*, 2000

Indiana School Safety Specialist Academy, The Indiana Department of Education and Indiana Criminal Justice Institute, Plaque for exemplary service, outstanding leadership, and dedication in developing best practices of school safety training for members of the Indiana School Safety Specialist Academy, 1999-2000

Act Against Violence Campaign (Greater Cleveland), Award Plaque for *Longstanding Support of Children and Youth*, 1997

U.S. Department of Justice, Office of the U.S. Attorney of the Eastern District of Louisiana, Certificate of Appreciation for support of the Law Enforcement Coordinating Committee, November 1997

National Association of School Safety and Law Enforcement Officers, *President's Plaque for Significant Contributions to the School Security Profession*, 1995

National School Safety Center, Plaque in Recognition of Outstanding Leadership, May 1995

## *Curriculum Vitae for*
## *KENNETH S. TRUMP*

U.S. Department of Justice, Federal Bureau of Investigation, Special Agent in Charge Certificate of Appreciation in recognition of loyal dedicated support and assistance rendered to the FBI Cleveland Division Training Unit, August 1994

U.S. Department of Justice, U.S. Attorney's Office of South Carolina, *Award for Public Service*, 1994

Ohio House of Representatives, Resolution of Commendation, 1994

Cleveland Police Department, *Citizen Award Pin*, 1993

Ohio Office of the Attorney General, Attorney General Lee Fisher, Certificate of Recognition In Honor and Recognition of Your Outstanding Commitment to the Fight Against Violent Crime, April 1992

## MEDIA INTERVIEWS

*Interviews with media outlets including:*

**Television**
The Today Show, Good Morning America, CBS This Morning, Fox and Friends, CNN, CNN Headline News, MSNBC, Fox News Channel, PBC News Hour, ABC World News Tonight, CBS Evening News, NBC Nightly News, ABC 20/20, Nightline, Court TV, and others.

**Radio**
ABC Radio News, ABC Sam Donaldson Show, CBS Radio, CNN Radio, National Public Radio News, All Things Considered (NPR), Voice of America, American Family Radio, BBC News (London), German Public Radio, Red FM (Ireland), and others.

**Online and in Print**
USA Today, The New York Times, The Los Angeles Times, The Wall Street Journal, Education Week, Christian Science Monitor, Time Magazine, The Huffington Post, The Associated Press, Gannett News Service, Newhouse News Service, Scripps Howard News Service, The Times (London), Agence France Presse, the top 50 daily U.S. newspapers, and others.

## PRESENTATIONS

In addition to public school districts, parochial schools, independent schools, regional education offices, and other schools nationwide, examples of organizations that have engaged Ken's presentations include:

*Education, Public Safety, Prevention, and Other Professional Associations*: National School Boards Association (NSBA), American Association of School Administrators (AASA), National Association of Secondary School Principals (NASSP), National Association of Elementary School Principals (NAESP), National School Public Relations Association (NSPRA), Association of School Business Officials International (ASBO International), National Christian School Association, National PTA, National Association of Attorneys General (NAAG), National Governors Association, National Lieutenant Governors Association, National Association of School Resource Officers (NASRO), National Police Athletic/Activities Leagues (National PAL), Ohio School Boards Association, Ohio Association of Pupil Service Administrators, Ohio Education Association, Ohio PTA, Texas School Safety Center, Wisconsin School Safety Coordinators Association, Kentucky Prevention Network, Student Assistance Professionals Association of Georgia, Montana Behavioral Institute, North Central Association of Colleges and Schools, National Lieutenant Governors Association, Michigan Schools Educators

Page 7 of 12

*August, 2017*

## *Curriculum Vitae for*
## *KENNETH S. TRUMP*

Police Liaison Association (SEPLA), Buckeye Association of School Administrators, Ohio Schools Council, Education Writers Association, Association of Nova Scotia Educational Administrators (ANSEA), Education Law Association, Ohio Catholic Education Association, and others.

*Law Enforcement, Emergency Management, and Other First Responders*: FBI National Academy, California Gang Investigators Association, Midwest Gang Investigators Association, MAGLOCLEN Law Enforcement Network, New Jersey State Police Street Gang Unit, Minnesota Juvenile Officers Institute, Missouri Police Chiefs Association, Indiana Governor's Summit on Homeland Security, Ohio Office of Criminal Justice Services, Western Regional Institute for Community Policing, Michigan State Police – Emergency Management Division/Homeland Security, Wisconsin Department of Justice, Rhode Island Emergency Management Agency, Central Illinois Police Training Center, and others.

*Governmental Entities and Public Policymakers*: United States Senate (Health, Education, Labor, and Pensions Committee), United States House of Representatives (House Education and Labor Committee), United States House of Representatives (House Homeland Security Committee), U.S. Commission on Civil Rights, U.S. State Department, U.S. Department of Defense Education Activity, Executive Office of the United States Attorneys, U.S. Attorney's Offices in 10 states, U.S. Department of Justice, Hawaii Department of Education, Indiana Department of Education, Illinois Department of Education/Regional Offices of Education, South Carolina Department of Education, Arkansas Department of Education, Arizona Department of Education, Sandy Hook Advisory Commission, New Jersey School Security Task Force, Oklahoma Commission on School Security, Oklahoma State Regents for Higher Education, Council of State Governments, Education Commission of the States, City of Cleveland – Healthy Cleveland Sub-Committee on Violence, and others.

*Academic*: The Ohio State University's Criminal Justice Research Center, University of Virginia, University of Wisconsin, Purdue University, Cleveland State University, Ohio University, Virginia Commonwealth University, and others.

## **PUBLICATIONS**

*Author, co-author and/or editor of three books, five book chapters, and more than 450 articles:*

Author of *Proactive School Security and Emergency Preparedness Planning* (Corwin Press, 2011)

Author of *Classroom Killers? Hallway Hostages? How Schools Can Prevent and Manage School Crises* (Corwin Press, 2000)

Author of *Practical School Security: Basic Guidelines for Safe and Secure Schools* (Corwin Press, 1998)

Author and editor of *School Security Blog* (2010-present)

Contributing Writer, *District Administration Magazine* (2010-2013)

Editorial advisory board member for several school security publications (1992-2000)

Trump, K.S. (2015, April). Crisis Communications in a Digital World. Educational Leadership. Alexandria, VA: Association for Supervision and Curriculum Development (ASCD).

Trump, K.S. (2013, February). Reflections on Sandy Hook. District Administration Magazine. Norwalk, CT: Professional Media Group LLC.

## *Curriculum Vitae for*
## *KENNETH S. TRUMP*

Trump, K.S. (2012, July/August). Security for Administration Centers and School Board Meetings. District Administration Magazine. Norwalk, CT: Professional Media Group LLC.

Trump, K.S. (2012, April). The Post-Crisis Crisis: Managing Parent and Media Communications. The School Administrator, pages 39-42. American Association of School Administrators. Arlington, Virginia.

Trump, K.S. (2011, November/December). Create an Anti-Bullying Program with Resources You Have. District Administration Magazine. Norwalk, CT: Professional Media Group LLC.

Trump, K.S. (2011, February). Security and Crisis Plans Needed for Administration Sites --- Not Just Schools. District Administration Magazine. Norwalk, CT: Professional Media Group LLC

Trump, K.S. (2011, January). The Politicization of Bullying. District Administration Magazine, pp.54-61. Norwalk, CT: Professional Media Group LLC

Trump, K.S. (2010, September). Keeping Schools Safe During Tight Budget Times. District Administration Magazine, pp. 56-60. Norwalk, CT: Professional Media Group LLC

Trump, K.S. (2010, July/August). Protecting Elementary Students from Harm. District Administration Magazine, p.92, Norwalk, CT: Professional Media Group LLC

Trump, K.S. (Spring 2009). School Emergency Planning: Back to the Basics. Student Assistance Journal, pp.12-17. Troy, Michigan: Performance Resource Press.

Trump, K.S. (April 2009). Columbine's 10th anniversary finds Lessons Learned. District Administration Magazine, pp.26-30.

Trump, K.S. (2009, March). Communicating Safety. The American School Board Journal, pp.29-31. Alexandria, Virginia: The National School Boards Association

Trump, K.S. (2008, January). School Security and Emergency Preparedness Trends. School Planning & Management, p.21. Dayton, Ohio: Peter Li, Inc.

Trump, K.S. (2007, November). Buyer Beware: School Shootings Trigger Targeting of School Budgets. School Planning and Management, pp.S6-10. Dayton, Ohio: Peter Li, Inc.

Trump, K.S. (Spring 2007). Lessons learned: school security and emergency planning. SEEN Magazine, pp. 103, 107. Charlotte, North Carolina: South East Education Network.

Trump, K.S. (2007, February). The fourth "R" in education. Law Enforcement Technology Magazine, pp.74-78. Cygnus Business Media.

Trump, K.S. (2007, February). A Game Plan for Safety. The American School Board Journal, pp. 26-29. Alexandria, Virginia: The National School Boards Association.

Trump, K.S. (2007, January). School Security and Emergency Planning Trends. School Planning and Management, p.17. Dayton, Ohio: Peter Li, Inc.

## Curriculum Vitae for
## KENNETH S. TRUMP

Trump, K.S. (2004, November). Trends in School Security and Emergency Preparedness Planning: Keeping School Administrators "In the Know" and Out of the Spotlight. School Planning & Management, Volume 43, Issue 11, pp.S16-S20. Dayton, Ohio: Peter Li, Inc.

Lavarello, C., and Trump, K.S. (2003, September/October). To Arm or Not to Arm. Principal Magazine, Volume 83, Number 1, p.72. Alexandria, Virginia: The National Association of Elementary School Principals.

Trump, K.S., and Lavarello, C. (2003, March). No Safe Havens. Are schools vulnerable to terrorism? A new national survey raises troubling questions. The American School Board Journal, Volume 190, No. 3, pp. 19-21. Alexandria, Virginia: The National School Boards Association.

Trump, K.S. (2003, February). Preparing Schools for Terrorism. School Planning & Management, Volume 42, Issue 2, pp.42-46. Dayton, Ohio: Peter Li, Inc.

Lavarello, C., and Trump, K.S. (2002, November/December). Schools Are Vulnerable to Attack. National Academy Associate, Volume 4, Number 6, pp.30-36. Quantico, Virginia: FBI National Academy Associates, Inc.

Lavarello, C., and Trump, K.S. (2002, November). School Preparedness for Terrorism. School Planning & Management, Volume 41, Issue 11, pp. S2,S4. Dayton, Ohio: Peter Li, Inc.

Trump, K.S. (2002, July). The Impact of Terrorism on School Safety Planning. School Planning & Management, Volume 41, Issue 7, pp.22-26. Dayton, Ohio: Peter Li, Inc.

Trump, K.S. (2002, May). Be Prepared, Not Scared. Principal Magazine, Volume 81, Number 5, pp.10-14. Alexandria, Virginia: The National Association of Elementary School Principals.

Trump, K.S. (2002, April). School Security and Crisis Planning: Be Aware and Prepared, Not Scared! PSBA Bulletin, Volume 66, Number 2, pp.18-20. New Cumberland, PA: Pennsylvania School Boards Association.

Lavarello, C., and Trump, K.S. (2002, April). Dispelling the Myths About School-Based Policing. PSBA Bulletin, Volume 66, Number 2, pp.34-36. New Cumberland, PA: Pennsylvania School Boards Association.

Trump, K.S. (2001, November). Special Focus: School Security. The Latest School of Thought. Security Management, Volume 45, Number 11, pp.60-66. Alexandria, Virginia: The American Society for Industrial Security.

Trump, K.S. (2001, October). Assessing and Managing Student Threats. The School Administrator, Number 9, Vol. 58, No. 9, p.50. Arlington, Virginia: The American Association of School Administrators.

Trump, K.S.(2001, June). Sorting Safety Consultants from Pretenders. The School Administrator, Number 6, Vol. 58, p.38. Arlington, Virginia: The American Association of School Administrators.

Trump, K.S., and Lavarello, C. (2001, March). Buyer Beware: What To Look For When You Hire A School Security Consultant *and* To Arm or Not To Arm?. The American School Board Journal, Volume 188, No. 3, pp. 30-34. Alexandria, Virginia: The National School Boards Association.

Trump, K.S. (2000, November). School Safety Consulting Services: Buyer Beware! Updating School Board Policies, Volume 31, Number 5, pp.1-3. Alexandria, Virginia: National School Boards Association.

## Curriculum Vitae for
## KENNETH S. TRUMP

Trump, K.S. (Summer 2000). How Safe is Your School? Student Assistance Journal. Volume 12, Number 3, pp.16-20. Troy, MI: Performance Resource Press.

Trump, K.S. (1999, June). School Security and Crisis Preparedness: Make it Your Business! School Business Affairs. Volume 65, Number 6, pp. 15-18. Reston, VA: Association of School Business Officials International.

Trump, K.S. (1999, May). Scared or Prepared? Reducing Risks with School Security Assessments. The High School Magazine. Volume 6, Number 7, pp. 18-23. Reston, Virginia: National Association of Secondary School Principals.

Trump, K. S. (1999, March/April). School Security and Crisis Management: Reducing Risks and Increasing Preparedness. Ohio School Law Journal, Volume 11, Issue 1, pp.1-3. Cleveland, Ohio: West Group.

Trump, K.S. (1999, February). How to Handle Bomb Threats and Suspicious Devices. School Planning& Management. Volume 38, Issue 2, pp.28-32. Dayton, Ohio: Peter Li, Inc.

Trump, K.S. (1999). Managing and Preventing Gang Activity on Campus. In ASIS Standing Committee on Educational Institutions (Ed.), Campus Security and Crime Prevention, pp.63-68. Alexandria, Virginia: American Society for Industrial Security

Trump, K.S. (1998, June-July). Crisis in the Classroom: Can your Schools' Security Pass the Exam? Updating School Board Policies, Volume 29, Number 3, pp.1-4. Alexandria, Virginia: National School Boards A

Trump, K.S. (1998, June). Gangs and School Safety. In D. Ramos and T. Mahoney (Ed). The Gang Guidebook (in pdf file format), pp. 22-26. Columbus, Ohio: The Office of Criminal Justice Services.

Trump, K.S. (1998, March). Keeping the peace: What you should know about staffing a school security department. The American School Board Journal, Volume 185, No. 3, pp. 31, 34-35. Alexandria, Virginia: The National School Boards Association.

Trump, K.S. (1998, February). Gang awareness training is critical to effective school security. Inside School Safety, Volume 2, Number 10, pp.1, 5-7. Frederick, Maryland: Aspen Publishers.

Hylton, J.B., and Trump, K.S. (1997, December). Hard Lessons in School Security, Security Management, Volume 41, No. 12, pp.28-33. Alexandria, Virginia: American Society for Industrial Security.

Trump, K.S. (1997, August/September). The gang legitimacy facade: Is your district a target for deception? Updating School Board Policies, Volume 28, No.4, pp.7-10. Alexandria, Virginia: National School Boards Association.

Trump, K.S. (1997, August). Security: Can your district pass the exam?, Ohio School Boards Association Journal, Volume 41, No. 6, pp.6-7. Westerville, Ohio: Ohio School Boards Association.

Trump, K.S. (1997, May). Conducting effective school security assessments. Inside School Safety, Volume 2, No. 1, pp.1-4. Frederick, Maryland: Aspen Publishers.

Trump, K.S. (1997). Security policy, personnel, and operations. In J.C. Conoley and A.P. Goldstein (Ed.). School Violence Intervention: A Practical Handbook. New York, New York: Guilford Publications, Inc., pp.265-289.

## *Curriculum Vitae for*
## *KENNETH S. TRUMP*

Atkinson, W.K., Schmidt, L.M., Trump, K.S., and Walker, M. (1996). Organizing the community's response to gangs. In C.R. Huff (Ed.). Gangs In America, Second Edition. Newbury Park, California: Sage Publications, Inc.

Trump, K.S. (1996). Gangs and school safety. In A.M. Hoffman (Ed.). Schools, Violence and Society. Westport, CT: The Greenwood Publishing Group (Praeger Publishers), pp.45-58.

Huff, C.R., and Trump, K.S. (1996, August). Youth violence and gangs: School safety and security initiatives in urban and suburban school districts. Education and Urban Society, Volume 28, No. 4, pp.492-503. Thousand Oaks, CA: Sage Publications.

Trump, K.S. (1995, December). School security assessments and crisis preparedness. Updating School Board Policies, Volume 26, No. 6, pp.1-5. Alexandria, Virginia: National School Boards Association.

Trump, K.S. (1995, May/June). School safety and security: Protecting assets and minimizing liability. Ohio School Law Journal, Volume 7, No. 2, pp.13-16. Cleveland, Ohio: Banks-Baldwin Law Publishing Company.

Torok, W.C., & Trump, K.S. (1994, May). Gang intervention: Police and school collaboration. FBI Law Enforcement Bulletin, Volume 63, No. 5, pp.13-17. Washington, D.C.: The Federal Bureau of Investigation.

Trump, K.S. (1993, Winter). Knowing no boundaries. School Safety, pp.8-11. Malibu, California: National School Safety Center. (On youth gangs and school safety.)

Trump, K.S. (1993, Fall). Effective school safety and security programs. Updating School Board Policies, Volume 24, No. 4, pp.10-12. Alexandria, Virginia: National School Boards Association.

Trump, K.S. (1993, July). Tell teen gangs: School's out. The American School Board Journal, pp.39-42. Alexandria, Virginia: National School Boards Association.

Trump, K.S. (1993, Spring). Youth gangs and school security. School Intervention Report. Holmes Beach, Florida: The Safe Schools Coalition, Inc.

Torok, W.C., & Trump, K.S. (1993, February). Police, school youth gang units help reduce violence, gang activity. Ohio Police Chief Magazine. Columbus, Ohio: Ohio Association of Chiefs of Police.

Trump, K.S. (1993, January). Youth gangs and schools: The need for intervention and prevention strategies. Occasional Paper. Cleveland, Ohio: The Urban Child Research Center, Cleveland State University.

#

**NATIONAL SCHOOL SAFETY AND SECURITY SERVICES**
P.O. Box 110123, Cleveland, Ohio 44111
(216) 251-3067



Expert Report by Kenneth S. Trump, M.P.A.

*Re:*

*Jane and John Doe, et al. v. Jackson Local School Dist./Bd. Of Education, et al.*

Case No.: 5:17-cv-01931

## I. PROFESSIONAL QUALIFICATIONS

My name is Kenneth S. Trump. I am the President of National School Safety and Security Services, Incorporated, a Cleveland (Ohio)-based national consulting firm specializing in preK-12 school safety, security and emergency preparedness consultation, training, and related services. My professional background includes more than 30 years of experience in preK-12 school safety, security and emergency preparedness including as a school security officer, investigator, youth gang unit coordinator, and director; and as an assistant gang task force director, a school safety trainer and a consultant for preK-12 schools, school districts, public safety and governmental agencies, educational professional associations, law firms, and other organizations. My professional experience includes investigating school bus disciplinary misconduct and criminal incidents, training school bus drivers and school transportation management on school safety, and working with school transportation directors, supervisors, and bus drivers in security and emergency preparedness consultation projects with schools.

My academic education includes an earned bachelor degree and a master degree from Cleveland State University. I am currently a doctoral student at the School of Education at The Johns Hopkins University. I have completed more than 2,500 hours of specialized training including the Ohio private police certification, advanced physical security training from the Federal Law Enforcement Training Center, school safety certification training, and training on preK-12 school security and emergency preparedness, school-based policing and security, problem-oriented policing and community policing, sexual assault investigation, threat assessment and management, youth violence prevention, crisis communications, terrorism and homeland security, youth gang prevention, intervention, investigation and enforcement, and other topics.

I am the author, co-author and/or editor of three books, five book chapters and more than 450 articles on school safety, security and emergency preparedness, youth gangs, school threats, school safety and crisis communications, and other topics. I have served as a four-time invited Congressional witness, testified to the U.S. Commission on Civil Rights, and advised governmental policy entities including the Connecticut Governor's Sandy Hook Advisory Commission, Council of State Governments, Education Commission of the States, National Association of Attorneys General, National Governors Association, National Lieutenant

2

Governors Association, New Jersey School Security Task Force, Oklahoma Commission on School Security, and others.

A copy of my CV dated August, 2017, is provided with this report as *Curriculum Vitae for Kenneth S. Trump*. A record of my testimony in cases for the last four years is also provided with this report.

## II. BACKGROUND, FACTUAL SUMMARY, AND METHODOLOGY

Plaintiff's attorney Laura L. Mills of the Mills, Mills, Fiely & Lucas law firm retained my expert services on April 18, 2018, in the matter of *Jane and John Doe, et al. v. Jackson Local School Dist./Bd. Of Education, et al.* Attorney Mills requested that the scope of my services include addressing the defendant's actions related to the safety of Minor Doe, including the sexual assault and sexual contact incidents against Minor Doe by the student identified as C.T., and related safety issues on the defendant's school bus.

Basic facts include that an incident on Jackson Local School District bus 35, driven by school bus driver Jimmie Singleton, occurred on September 14, 2016, involving 11-year-old, fifth grade student C.T., lighting matches from the area where he was seated at the back of the bus. Susan Waltman, Principal of Strausser Elementary School, Tamara Neff, Guidance Counselor, and Dean of Students, Michelle Krieg, investigated the incident and created a disciplinary safety plan for C.T. with multiple building restrictions in school that included C.T. not being in areas including halls and restrooms, without an adult due to his lighting of matches on the bus and unwillingness to be honest about it. Ms. Waltman, in cooperation with C.T.'s parents, also created a safety plan for C.T. to be relocated from the rear of the bus to the front of the bus, in the front seat located to the right of the bus driver, for the remainder of the school year. Ms. Waltman notified C.T., driver Mr. Singleton, and the district's transportation supervisor, Harley Neftzer, of this bus safety plan. This plan went into effect once C.T. returned following suspension from the bus.

During a period of time from September 30, 2016, to November 11, 2016, C.T. sat in the row immediately behind the driver, Mr. Singleton, and next to Minor Doe, a five-year-old kindergarten student, instead of in the assigned first row across the aisle and to the right of the

3

driver. During this period of time C.T. sexually assaulted and had sexual contact with Minor Doe. Minor Doe made comments to her parents about C.T.'s conduct that caused them to notify the police. A police investigation was conducted and C.T. was charged with, and plead guilty to, gross sexual imposition.[1]

My analysis was performed by reviewing the facts and case materials listed herein, and by applying my education, specialized training, and more than 30 years of professional experience in the areas of preK-12 school security and emergency preparedness to formulate the opinions listed below.

## III. SOURCES OF INFORMATION AND MATERIALS REVIEWED

The following are sources of information and materials reviewed on this matter as of the time of this report:

1. First Amended Complaint
2. Second Amended Complaint
3. Defendants' Answer to Plaintiffs' First Amended Complaint
4. Defendant Bus Driver's Responses to Discovery Requests
5. Jackson Township Police reports
6. Prosecutor documents
7. Singleton Employment File
8. Training documents and Bus Driver Handbook (Bates No. JKL000389-000488)
9. C.T. Student Folder (Bates No. JLK000499-000569)
10. Board Policies (Bates No. JKL000646-000763)
11. Deposition Transcript and Abstract of Harley Neftzer
12. Deposition Transcript and Abstract of Jimmie Singleton
13. Deposition Transcript and Abstract of Susan Waltman
14. Transcripts and Notes
15. School bus videos

---

[1] From depositions, police reports, and other listed case materials

4

## IV. PROFESSIONAL OPINIONS AND DISCUSSION

My opinions provided with a reasonable degree of professional certainty include:

1. Defendant school bus driver Jimmie Singleton failed to supervise student behavior on his bus and chose not to implement the safety plan for the seating of disciplined student C.T. as directed by the school's principal, Susan Waltman. Mr. Singleton permitted C.T. to deviate from the principal's safety plan for C.T. to sit in the first row to the right of Mr. Singleton where Mr. Singleton could see C.T. and instead permitted C.T. to sit in the first row behind Mr. Singleton next to Minor Doe where Mr. Singleton was unable to see the area. Mr. Singleton's failure to supervise student behavior, his choice not to implement the principal's bus safety plan for C.T., and his decision to allow C.T. to deviate from the safety plan by sitting in the first row behind the driver created an unsafe and dangerous condition for Minor Doe that led to her being sexually assaulted.
2. Defendants Susan Waltman, Principal, and Harley Neftzer, Transportation Supervisor, failed to communicate the scope and severity of C.T.'s safety plan to Mr. Singleton, the driver of bus 35. Mr. Neftzer and Ms. Waltman failed to follow through by monitoring the implementation of C.T.'s bus safety plan by Mr. Singleton. These communications and supervision failures allowed an unsafe and dangerous condition to exist for Minor Doe that resulted from C.T. not being seated in the first row to the right of the driver as identified in Ms. Waltman's safety plan.
3. Defendant Harley Neftzer failed to supervise Mr. Singleton by not adequately addressing Mr. Singleton's student behavior management skill deficiencies including those raised by multiple reported parent complaints and as evidenced in case videos. Inadequate student behavior management contributed to the unsafe conditions and harm experienced by Minor Doe .
4. The defendant Jackson Local School District failed to train Mr. Neftzer and Mr. Singleton on sexual assault and harassment policies. The failure to provide training on sexual harassment and assault contributed to the creation of unsafe conditions and harm experienced by Minor Doe.

5

Mr. Singleton failed to implement the safety plan for the seating of disciplined student C.T. as directed by the school's principal, Ms. Waltman. Mr. Singleton and his supervisor, Mr. Neftzer, were aware of the misconduct with matches by C.T. and other harassing and inappropriate behavior, and the subsequent plan that required C.T. to sit in the front row to the right of the driver.[2] Mr. Singleton knew it was better bus behavior management to separate students by gender and age groups.[3] Mr. Neftzer and Mr. Singleton knew that the front seat in the row behind him was a bad seating area because the driver cannot see student behavior in that area and that it was better to sit C.T. in the front row to the right of the driver where student behavior could be better observed by the driver.[4] While Mr. Singleton testified that he did not know C.T. was sitting behind him,[5] Mr. Singleton is seen on video[6] talking with C.T. and directing him to sit in the row immediately behind Mr. Singleton.

Given these facts and with Mr. Singleton testifying that he was familiar with the bus discipline and student safety best practices outlined in PowerPoint presentation materials,[7] Mr. Singleton chose to permit C.T. to deviate from the principal's assigned safety plan and sit in the row behind Mr. Singleton, creating an unsafe and dangerous condition that led to Minor Doe being sexually assaulted.

Defendants Waltman and Neftzer failed to communicate the intensity and severity of C.T.'s full safety plan. Ms. Waltman told C.T.'s teachers about the full plan which included C.T. not being in halls or restrooms without an adult and multiple other restrictions[8] but never told Mr. Singleton of the scope, depth, and severity of the plan. Transportation Supervisor Neftzer never followed up with Mr. Singleton on the implementation of the safety plan[9] and Ms. Waltman testified that she did not follow-up on the plan implementation.[10] The failure to supervise Mr.

---

[2] Neftzer deposition (pgs. 14,30-31), Singleton deposition (pgs. 61,71-77, 81), Waltman deposition (pgs.24-25)

[3] Singleton deposition (p.58)

[4] Neftzer deposition (pgs. 370-40), Singleton deposition (pgs.111-112)

[5] Singleton deposition (pgs. 87-89)

[6] Bus video (9-30-16)

[7] Singleton deposition (pgs. 42-46) and Training file

[8] Singleton deposition (pgs. 104-106), Waltman deposition (pgs. 26-28),

[9] Neftzer deposition (p. 34)

[10] Waltman deposition (pgs.46-49)

6

Singleton and his implementation of the safety plan allowed an unsafe and dangerous condition to exist for Minor Doe.

Mr. Singleton had multiple prior parent complaints about his management of student behavior on the bus but Mr. Neftzer did not document those complaints or take any disciplinary or corrective action beyond speaking one time to Mr. Singleton.[11] Ms. Waltman testified that she did not recall any complaints and that it was not her responsibility to discipline Mr. Singleton.[12] Mr. Singleton's performance evaluation included only a satisfactory rating for pupil behavior management and no record of a plan for improving his skills in this area.[13] In spite of the known student management deficiencies, inadequate student behavior management continued on Mr. Singleton's bus and contributed to the unsafe conditions and harm experienced by Minor Doe.[14]

The Jackson Local School District failed to train Mr. Neftzer, the transportation supervision, and Mr. Singleton, the bus driver, on sexual assault and harassment policies, nor did anyone from the district review the bus driver's job description with Mr. Singleton.[15] The failure to provide an understanding of the bus driver's job description, which includes safety-related discipline expectations and, training on sexual harassment and assault policies and awareness, contributed to the creation of unsafe conditions and harm experienced by Minor Doe.

My opinions are based upon the information reviewed and I reserve the right to add to or amend my opinions upon review of any additional future information.

Respectfully submitted:

*Kenneth S. Trump* (signature)

by Kenneth S. Trump, M.P.A.

---

[11] Neftzer deposition (pages 23-25, 27-28, 43)

[12] Waltman deposition (pages 12-17)

[13] Singleton Employment File

[14] Bus videos

[15] Neftzer deposition (pgs. 5-9, 36-37), Singleton deposition (p.30)

7